IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BOSLEY, ROGER H., II | ) Case No. 10-11289-7 |
| | ) |
| Debtor | ) |

**MOTION AND NOTICE OF INTENDED SALE OF REDEMPTION RIGHTS #1**
**SALE DATE: ON OR AFTER SEPTEMBER 7, 2010**
**OBJECTION DEADLINE: SEPTEMBER 6, 2010**
**HEARING ON OBJECTIONS: OCTOBER 7, 2010, AT 9:00 A.M.**

1. **NOTICE IS HEREBY GIVEN** by Carl B. Davis, duly appointed trustee, pursuant to 11 U.S.C. § 363(b) and (f) of the intended sale of all right, title and interest of the Bankruptcy Estate, together with all right, title and interest of the debtor(s) in and to the following described property, to-wit:

> Redemption Rights Only in Lot 15, in Pat Raliegh Matlock Second Addition, An Addition to Haysville, Sedgwick County, Kansas, more commonly described as 201 S Lamar, Haysville, Kansas 67060,
> Sedgwick County, Kansas - Foreclosure 2010-CV-000602-CM

hereinafter known as "Property".

2. Property will be sold by private treaty sale to Lighthouse Properties of Wichita, LLC ("Buyer") for $10,000.00 ("Purchase Price"). The sale will be conducted by Carl B. Davis, trustee, at his office at the address set forth herein, on September 7, 2010, or such time thereafter as agreed to by Buyer and Seller, unless objections or other offers are timely filed in the manner and by the date indicated herein.

3. The property will be sold subject to any claimed liens and encumbrances of record, with the balance of the proceeds to be held for the benefit of unsecured creditors.

4. The hereinabove described Property has not been claimed as exempt by the Debtor or

US Bankruptcy Court for the District of Kansas
In Re Bosley, Roger H., II, Case No. 10-11289 -7
Motion and Notice of Intended Sale of Redemption Rights #1
Page 2

any other person entitled to assert the Debtor's exemptions under federal or state law.

5. The Property as hereinabove described will be sold in its present condition with no express or implied warranties, and the purchaser is to accept said property in its present condition.

6. The cost of sale shall include:

   a) Reasonable and necessary expenses allocated pursuant to the provisions of 11 U.S.C. §506(c) on a pro rata basis to the extent of participation in the proceeds;

   b) Trustee fees on all funds disbursed at closing by the trustee or the closing agent and including the costs of sale described herein pursuant to 11 U.S.C. § 326;

   c) Trustee expenses in the approximate sum of $18.00 for copies and postage expenses;

   d) Trustees attorney fees in the amount of $500.00; and

   e) Realtor commission to SEI Real Estate in the amount of $500.00.

7. Objections to the sale of the Property and the payment of Trustee's fees, Trustee's attorney's fees, and other administrative expenses should be made in writing to the United States Bankruptcy Court, 401 North Market, Wichita, Kansas 67202, with a copy to the Trustee at the Trustee's address, Davis and Jack, L.L.C., 2121 W. Maple St., Wichita, Kansas, 67213, on or before **September 6, 2010**, at 4:00 p.m.  If no objections are made to the payment of the above and foregoing items, then the Court may enter an Order approving said costs and disbursing the funds from the sale without further notice to all creditors.  In the event an objection is filed, a hearing on the objection will be held on **October 7, 2010** at 9:00 a.m.

US Bankruptcy Court for the District of Kansas
In Re Bosley, Roger H., II, Case No. 10-11289 -7
Motion and Notice of Intended Sale of Redemption Rights #1
Page 3

        *s/*    *Carl B. Davis*
Carl B. Davis, Trustee #360110
Davis & Jack, LLC
2121 W. Maple
P.O. Box 12686
Wichita, Kansas 67277-2686
Telephone: (316) 945-8251
Facsimile: (316) 945-2789
E-mail: cdavis@davisandjack.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing **Motion and Notice of Intended Sale of Redemption Rights #1** was noticed electronically or mailed first-class, postage prepaid, on the 27th day of August, 2010, to all scheduled creditors and all parties in interest, as set forth on the matrix attached to the original **Motion** on file with the Clerk of the United States Bankruptcy Court and also a copy mailed to the following:

| | | |
|---|---|---|
| Sedgwick County Treasurer | Internal Revenue Service | Kansas Dept. of Revenue |
| Sedgwick County Courthouse | PO Box 21126 | State Office Bldg. |
| 525 N. Main | Philadelphia, PA 19114 | P. O. Box 12007 |
| Wichita, KS 67203 | | Topeka, KS 66601 |

        *s/*    *Danielle Cronin*
Legal Assistant